# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

MATEEN KARIMIAN, Individually
and on Behalf of All Others Similarly
Situated,

      Plaintiff,

      vs.

LUMINAR TECHNOLOGIES, INC.,
AUSTIN RUSSELL, and TOM
FENNIMORE,

      Defendants.

Case No: 6:25-cv-01384-CEM-NWH

Judge: Carlos E. Mendoza

## MOTION OF MATEEN KARIMIAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL

PLEASE TAKE NOTICE that Mateen Karimian ("Movant"), by their counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order ([Proposed] attached hereto): (i) appointing Movant as Lead Plaintiff; and (ii) approving Movant's selection of Shamis & Gentile, P.A. and Edelsberg Law, P.A. as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this motion, Movant submits herewith a memorandum of law and declaration, along with attached exhibits, in support of this motion.

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that, within 60 days after publication of the required notice, any member of the proposed Class may apply to the Court to be appointed as Lead Plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Movant have no way of knowing who the competing Lead Plaintiff candidates are at this time, if there are any. As a result, counsel for Movant have been unable to conference with competing or opposing counsel as prescribed in Local Rule 3.01(g), and respectfully request that the conference requirement of Local Rule 3.01(g) be waived for this Motion. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii)(II) of the Exchange Act, the named defendants do not have standing to oppose the appointment of Movant as Lead Plaintiff.

Dated: September 22, 2025

Respectfully submitted,

**Shamis & Gentile, P.A.**
By: */s/ Andrew Shamis*
Andrew J. Shamis (FL Bar No. 101754)
David P. Abel (*pro hac vice* forthcoming)
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
Fax: (786) 623-0915
Email: ashamis@shamisgentile.com
Email: dabel@shamisgentile.com

2

3

**Edelsberg Law, P.A.**
Scott Edeslberg (FL Bar No. 100537)
Gabriel Mandler (FL Bar No. 1002499)
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
Tel: (786) 289-9471
Fax: (786) 623-0915
Email: scott@edelsberglaw.com
Email: gabriel@edelsberglaw.com

*[Proposed]Co- Lead Counsel
for Movant And the Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Andrew J. Shamis*
Andrew J. Shamis

4