# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MATEEN KARIMIAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> LUMINAR TECHNOLOGIES, INC., AUSTIN RUSSELL, and TOM FENNIMORE, <br><br> Defendants. | Case No: 6:25-cv-01384-CEM-NWH <br><br> Judge: Carlos E. Mendoza |

## DECLARATION OF ANDREW SHAMIS IN SUPPORT OF MOTION TO APPOINT MATEEN KARIMIAN AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL

Andrew Shamis, hereby declares;

1.      I am the Managing Partner of Shamis & Gentile, P.A., proposed Co-Lead Counsel in this action. I have personal knowledge of the facts set forth herein. I make this declaration in support of the motion of Mateen Karimian ("Movant") to be appointed Lead Plaintiff for the Class and for approval of Lead Plaintiff's selection of Shamis & Gentile, P.A. and Edelsberg Law, P.A. as Co-Lead Counsel for the Class.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a PSLRA early notice.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Movant's

PSLRA certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Movant's

loss chart.

5.      Attached hereto as Exhibit 4 is a copy of the firm resume of Shamis

& Gentile, P.A.

6.      Attached hereto as Exhibit 5 is a copy of the firm resume of Edelsberg

Law, P.A.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2025.


/s/ *Andrew J. Shamis*
Andrew J. Shamis

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Andrew J. Shamis*
Andrew J. Shamis