# EXHIBIT 2

## PLAINTIFF'S SWORN CERTIFICATION
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Mateen Karimian, hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification and to institute legal action against Luminar Technologies, Inc. ("Luminar") and other defendants.  I have reviewed a complaint against Luminar and other defendants, alleging violations of the federal securities laws on behalf of all those who purchased or otherwise acquired Luminar securities, and authorize its filing and the filing of a Lead Plaintiff motion.

2.      I did not purchase or acquire Luminar securities at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.

4.      My transactions in Luminar securities during the Class Period are identified in the annexed table.

5.      I have not served nor sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years.

6.      I will not accept payment for serving as a lead plaintiff beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: __09 / 15 / 2025_____
(Date)

_Mateen Karimian_
_____
Mateen Karimian

# ANNEX

## Luminar Technologies, Inc.

## NASDAQ:LAZR

| DATE | TRANS TYPE | QUANTITY | PRICE |
|------|------------|----------|-------|
| 3/21/2025 | BUY | 484.26722 | $8.4700 |

3

Doc ID: 17d23e8ce4cbfb317b839bb99a8cd26f5db8333b