# EXHIBIT 3

**Luminar Technologies, Inc. (NASDAQ:LAZR)**                                           **Lookback**
**Class Period: 3/20/2025 - 5/14/2025**                                                  **Price**
                                                                                       $3.18361

| Movant | Date Purchased | Share Qty. | Price Per Share | Total | Date Sold | Share Qty. | Price Per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mateen Karimian | 3/21/2025 | 484.26722 | 8.47000 | ($4,102) | | | | | | | |
| **Mateen Karimian** | | **484** | | **($4,102)** | | **0** | | **$0** | **484** | **$1,542** | **($2,560)** |