UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| MARIGLEN YSKOLLARI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LUMINAR TECHNOLOGIES, INC., AUSTIN RUSSELL, and TOM FENNIMORE,<br><br>Defendants. | Case No.  6:25-cv-01384-CEM-NWH<br><br>CLASS ACTION<br><br>**DECLARATION OF NATHAN C. ZIPPERIAN IN SUPPORT OF MOTION OF HOOK CHOK FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

I, Nathan C. Zipperian, hereby declare as follows:

1.    I am an attorney with Miller Shah LLP ("Miller Shah"), counsel on behalf of Hook Chok ("Chok"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Chok's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and Miller Shah as Liaison Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:  Chart setting forth Chok's financial interest in this litigation;

Exhibit B:  Press release published via *Globe Newswire* on July 24, 2025, announcing the pendency of the Action;

Exhibit C:  Shareholder Certification executed by Chok;

Exhibit D:  Declaration executed by Chok;

Exhibit E:  Firm resume of Pomerantz; and

Exhibit F:  Firm resume of Miller Shah.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 22, 2025, at Raleigh, North Carolina.

*/s/ Nathan C. Zipperian*
Nathan C. Zipperian

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Nathan C. Zipperian
Nathan C. Zipperian

2