# EXHIBIT A

**Luminar Technologies, Inc. (LAZR)**
**Class Period: March 20, 2025 to May 14, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $3.1836 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hook Chok | 3/24/2025 | 2,300 | $7.1533 | ($16,453) | | | | | | | |
| Hook Chok | 3/25/2025 | 700 | $6.3200 | ($4,424) | | | | | | | |
| Hook Chok | 3/26/2025 | 1,000 | $6.0542 | ($6,054) | | | | | | | |
| Hook Chok | 3/28/2025 | 1,000 | $5.7836 | ($5,784) | | | | | | | |
| Hook Chok | 3/31/2025 | 1,000 | $5.7550 | ($5,755) | | | | | | | |
| Hook Chok | 4/3/2025 | 1,000 | $4.9950 | ($4,995) | | | | | | | |
| Hook Chok | 4/7/2025 | 3,000 | $5.0050 | ($15,015) | | | | | | | |
| Hook Chok | 4/14/2025 | 1,000 | $4.1836 | ($4,184) | | | | | | | |
| Hook Chok | 4/25/2025 | 1,000 | $3.8417 | ($3,842) | | | | | | | |
| Hook Chok | 5/1/2025 | 1,000 | $3.9530 | ($3,953) | | | | | | | |
| **Hook Chok** | | **13,000** | | **($70,458)** | | **0** | | **$0** | **13,000** | **$41,387** | **($29,071)** |

*Avg Closing Prices from May 15, 2025 to August 12, 2025