## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MARIGLEN YSKOLLARI, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>  vs.<br><br>LUMINAR TECHNOLOGIES, INC., AUSTIN RUSSELL, and TOM FENNIMORE,<br><br>    Defendants. | Case No. 6:25-cv-01384-CEM-NWH<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOVANT DONG PAN MOTION TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE SELECTION OF COUNSEL**<br><br>CLASS ACTION |

Laurence M. Rosen, hereby declares under penalty of perjury:

1.    I am an attorney duly licensed to practice in the State of Florida and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., Proposed Lead Counsel for Lead Plaintiff Movant Dong Pan ("Movant"). I make this Declaration in support of the motion by Movant for appointment as Lead Plaintiff and for approval of selection of The Rosen Law Firm, P.A. as Lead Counsel. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the PSLRA early notice issued notifying investors of the pendency of this Action.

2

3.      Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA Certification.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a loss chart evidencing Movant's financial interest.

5.      Attached hereto as Exhibit 4 is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed: September 22, 2025.

/s/Laurence M. Rosen
Laurence M. Rosen

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Laurence M. Rosen
Laurence M. Rosen

3