# EXHIBIT 1



**Source:** *Shamis & Gentile, P.A.*

*July 24, 2025 15:32 ET*

# Shamis & Gentile, P.A. Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Luminar Technologies, Inc. Securities and Sets a Lead Plaintiff Deadline of September 22, 2025

MIAMI, July 24, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Shamis & Gentile, P.A:

**To: All persons or entities who purchased or otherwise acquired Luminar Technologies, Inc. ("Luminar" or the "Company") (NASDAQ:LAZR) securities between March 20, 2025, and May 14, 2025, inclusive. <u>You are hereby notified</u>** that the class action lawsuit *Yskollari v. Luminar Technologies, Inc. et al.*, Case No. 6:25-cv-01384 has been commenced in the United States District Court for the Middle District of Florida. For more information go to:

Securities Fraud Class Action

Impacted investors may also contact attorney Andrew Shamis at securities@shamisgentile.com or (305) 479-2299. **There is no cost or obligation to you.**

Luminar is a technology company specializing in advanced LiDAR hardware and software solutions for vehicles. On March 20, 2025, Luminar issued a quarterly business update and financial results for the fourth quarter and full year of 2024. Included with the results was guidance for the full year 2025. On May 14, 2025, Luminar provided its quarterly business update and financial results for the first quarter of 2025, which reiterated guidance for the full year 2025.

The complaint alleges that Defendants failed to disclose material adverse facts about the Company's compliance, operations, and outlook. Specifically, Defendants made false and/or

misleading statements and/or failed to disclose that: (1) Austin Russell ("Russell"), Luminar's President, Chief Executive Officer, and Chairman of the Board, was engaged in undisclosed conduct that would make him the subject of an inquiry by the Audit Committee of the Board of Directors; (2) this conduct created material risk that Russell would be released from his positions at the Company; (3) Luminar's loss of Russell as an employee would then create material risk of adversely affecting the Company's business by making it more difficult to, compete with other market participants, manage R&D activities, and retain existing customers or cultivate new ones. Further, negative public perception and negative news related to Russell could also adversely affect Luminar's brand, relationships with customers, or standing in the industry; (4) accordingly, Luminar had no reasonable basis to provide and/or maintain the Company's financial guidance; and (5) as a result, Defendants' public statements were materially false and/or misleading at all relevant times.

On May 14, 2025, approximately 30 minutes after Luminar issued its first quarter 2025 financial results, the Company issued a press release announcing that Russell had resigned, "effective immediately, following a Code of Business Conduct and Ethics inquiry by the Audit Committee of the Board of Directors." On the following day, investment analysts at J.P. Morgan issued a report downgrading Luminar stock. The report stated, among other things, Russell's "leadership in technology and his industry reputation were central to the bull thesis for the company."

On this news, Luminar's stock price fell $0.80 per share, or 16.80%, to close at $3.96 per share on May 15, 2025.

If you suffered a loss in Luminar securities, you have until September 22, 2025 to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**About Shamis & Gentile P.A.**

Shamis & Gentile, P.A. stands out as an advocate for investors who are victims of securities fraud. The firm is committed to securing recoveries for investors who have incurred damages due to false and misleading statements or other corporate misconduct by public companies. Shamis Gentile has recovered over $1 billon for consumers nationwide. Its extensive experience, expertise, and resources enable the firm to resolve disputes in a wide range of matters, including class actions, mass torts, and mass arbitrations.

**Contact**

Andrew Shamis
Shamis & Gentile, P.A.
14 NE 1st Ave, Ste 705
Miami, FL 33132
securities@shamisgentile.com
Tel: (305) 479-2299
www.ShamisGentile.com