# EXHIBIT 3

**Luminar Technologies, Inc. Loss Chart**
**Class Period: March 20, 2025 through May 14, 2025**

**Lookback Price**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $3.17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dong Pan | 3/24/2025 | 0.036 | ($6.11) | ($0.22) | | | | | | | | |
| Account 1 | 3/24/2025 | 16 | ($6.24) | ($99.84) | | | | | | | | |
| | 3/24/2025 | 160 | ($6.31) | ($1,009.60) | | | | | | | | |
| | 3/24/2025 | 200 | ($6.60) | ($1,320.00) | | | | | | | | |
| | 3/24/2025 | 200 | ($7.43) | ($1,486.00) | | | | | | | | |
| | 3/26/2025 | 0.927 | ($5.71) | ($5.29) | | | | | | | | |
| | 3/26/2025 | 262 | ($5.71) | ($1,496.02) | | | | | | | | |
| | 4/4/2025 | 3 | ($4.67) | ($14.01) | | | | | | | | |
| | 4/4/2025 | 1068 | ($4.67) | ($4,987.56) | | | | | | | | |
| | 4/4/2025 | 0.785 | ($4.67) | ($3.67) | | | | | | | | |
| | 4/10/2025 | 1 | ($4.48) | ($4.48) | | | | | | | | |
| | 4/10/2025 | 0.424 | ($4.48) | ($1.90) | | | | | | | | |
| | 4/10/2025 | 446 | ($4.47) | ($1,993.62) | | | | | | | | |
| | 4/10/2025 | 0.067 | ($4.48) | ($0.30) | | | | | | | | |
| | 4/10/2025 | 0.0067 | ($4.48) | ($0.03) | | | | | | | | |
| | 4/10/2025 | 1 | ($4.40) | ($4.40) | | | | | | | | |
| | 4/10/2025 | 226 | ($4.40) | ($994.40) | | | | | | | | |
| | 4/11/2025 | 427 | ($4.33) | ($1,848.91) | | | | | | | | |
| | 4/11/2025 | 0.943 | ($4.33) | ($4.08) | | | | | | | | |
| | 4/11/2025 | 0.461 | ($4.32) | ($1.99) | | | | | | | | |
| | 4/11/2025 | 0.202 | ($4.36) | ($0.88) | | | | | | | | |
| | 4/11/2025 | 1157 | ($4.32) | ($4,998.24) | | | | | | | | |
| | 4/11/2025 | 34 | ($4.33) | ($147.22) | | | | | | | | |
| | 4/11/2025 | 691 | ($4.33) | ($2,992.03) | | | | | | | | |
| | 4/11/2025 | 1 | ($4.33) | ($4.33) | | | | | | | | |
| | 4/14/2025 | 900 | ($3.98) | ($3,582.00) | | | | | | | | |
| | 4/14/2025 | 2 | ($4.07) | ($8.14) | | | | | | | | |
| | 4/14/2025 | 0.333 | ($4.20) | ($1.40) | | | | | | | | |
| | 4/14/2025 | 0.315 | ($4.06) | ($1.28) | | | | | | | | |
| | 4/14/2025 | 0.554 | ($3.97) | ($2.20) | | | | | | | | |
| | 4/14/2025 | 69 | ($4.19) | ($289.11) | | | | | | | | |
| | 4/14/2025 | 1124 | ($4.19) | ($4,709.56) | | | | | | | | |
| | 4/14/2025 | 57 | ($3.97) | ($226.29) | | | | | | | | |
| | 4/14/2025 | 1228 | ($4.06) | ($4,985.68) | | | | | | | | |
| | 4/14/2025 | 300 | ($3.98) | ($1,194.00) | | | | | | | | |
| | 4/15/2025 | 2 | ($3.65) | ($7.30) | | | | | | | | |
| | 4/15/2025 | 1 | ($3.91) | ($3.91) | | | | | | | | |
| | 4/15/2025 | 510 | ($3.92) | ($1,999.20) | | | | | | | | |
| | 4/15/2025 | 722 | ($3.64) | ($2,628.08) | | | | | | | | |
| | 4/15/2025 | 0.013 | ($3.85) | ($0.05) | | | | | | | | |
| | 4/15/2025 | 100 | ($3.65) | ($365.00) | | | | | | | | |

| | Date | Quantity | Price | Amount | | | Total Qty | Total | Net |
|---|---|---|---|---|---|---|---|---|---|
| | 4/15/2025 | 0.19 | ($3.95) | ($0.75) | | | | | |
| | 4/15/2025 | 510 | ($3.91) | ($1,994.10) | | | | | |
| | 4/15/2025 | 0.494 | ($3.91) | ($1.93) | | | | | |
| | 4/30/2025 | 2 | ($3.79) | ($7.58) | | | | | |
| | 4/30/2025 | 791 | ($3.78) | ($2,989.98) | | | | | |
| | 4/30/2025 | 0.644 | ($3.79) | ($2.44) | | | | | |
| | 5/6/2025 | 819 | ($3.65) | ($2,989.35) | | | | | |
| | 5/6/2025 | 0.904 | ($3.65) | ($3.30) | | | | | |
| | 5/6/2025 | 1 | ($3.66) | ($3.66) | | | | | |
| | | 12038.2987 | | ($51,415.31) | | | 12038.2987 | $38,161.41 | ($13,253.91) |
| Account 2 | 3/26/2025 | 1000 | ($5.49) | ($5,490.00) | | | | | |
| | 3/26/2025 | 400 | ($6.00) | ($2,400.00) | | | | | |
| | 3/26/2025 | 1 | ($5.52) | ($5.52) | | | | | |
| | 3/26/2025 | 0.08 | ($5.50) | ($0.44) | | | | | |
| | 3/26/2025 | 0.185 | ($5.68) | ($1.05) | | | | | |
| | 3/26/2025 | 200 | ($5.93) | ($1,186.00) | | | | | |
| | 3/26/2025 | 325 | ($5.52) | ($1,794.00) | | | | | |
| | 3/26/2025 | 326 | ($6.12) | ($1,995.12) | | | | | |
| | 3/26/2025 | 0.797 | ($6.12) | ($4.88) | | | | | |
| | 3/26/2025 | 0.917 | ($5.94) | ($5.45) | | | | | |
| | 3/26/2025 | 351 | ($5.70) | ($2,000.70) | | | | | |
| | 3/26/2025 | 35 | ($5.93) | ($207.55) | | | | | |
| | 4/2/2025 | 0.962 | ($5.07) | ($4.88) | | | | | |
| | 4/2/2025 | 216 | ($5.07) | ($1,095.12) | | | | | |
| | 4/4/2025 | 1 | ($4.42) | ($4.42) | | | | | |
| | 4/4/2025 | 0.503 | ($4.41) | ($2.22) | | | | | |
| | 4/4/2025 | 2 | ($4.52) | ($9.04) | | | | | |
| | 4/4/2025 | 0.361 | ($4.32) | ($1.56) | | | | | |
| | 4/4/2025 | 1106 | ($4.51) | ($4,988.06) | | | | | |
| | 4/4/2025 | 461 | ($4.34) | ($2,000.74) | | | | | |
| | 4/4/2025 | 452 | ($4.41) | ($1,993.32) | | | | | |
| | 4/4/2025 | 0.643 | ($4.51) | ($2.90) | | | | | |
| | 4/9/2025 | 0.143 | ($4.41) | ($0.63) | | | | | |
| | 4/9/2025 | 340 | ($4.40) | ($1,496.00) | | | | | |
| | 4/9/2025 | 1 | ($4.39) | ($4.39) | | | | | |
| | 4/14/2025 | 0.877 | ($3.99) | ($3.50) | | | | | |
| | 4/14/2025 | 1250 | ($3.99) | ($4,987.50) | | | | | |
| | 4/14/2025 | 1 | ($3.99) | ($3.99) | | | | | |
| | 4/16/2025 | 579 | ($3.45) | ($1,997.55) | | | | | |
| | 4/16/2025 | 0.059 | ($3.39) | ($0.20) | | | | | |
| | 4/16/2025 | 600 | ($3.33) | ($1,998.00) | | | | | |
| | 4/16/2025 | 0.71 | ($3.45) | ($2.45) | | | | | |
| | 5/1/2025 | 0.504 | ($3.87) | ($1.95) | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/1/2025 | 515 | ($3.88) | ($1,998.20) | | | | |
| | 8168.7410 | | ($37,687.32) | | 8168.7410 | $25,894.91 | ($11,792.41) |
| **TOTAL** | **20207.0397** | | **($89,102.63)** | | **20207.0397** | **$64,056.32** | **($25,046.32)** |

*May include settlement dates.*