UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MARIGLEN YSKOLLARI, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> vs.<br><br>LUMINAR TECHNOLOGIES, INC., AUSTIN RUSSELL, and TOM FENNIMORE,<br><br>   Defendants. | Case No.  6:25-cv-01384-CEM-NWH<br><br>CLASS ACTION |

**SUPPLEMENTAL LOCAL RULE 3.01(g) CERTIFICATION TO THE MOTION OF HOOK CHOK FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Lead Plaintiff Movant Hook Chok ("Chok") hereby respectfully supplements his Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Lead Plaintiff Motion") (Dkt. No. 23) by amending his Local Rule 3.01(g) Certification (*id.* at 16-17) to state that competing Lead Plaintiff Movant Dong Pan opposes the relief requested in Chok's Lead Plaintiff Motion.

Counsel for Chok also conferred with counsel for Lead Plaintiff Movant Mateen Karimian ("Karimian"), who indicated that Karimian did not oppose Chok's Lead Plaintiff Motion.  Karimian subsequently withdrew his competing motion.  *See* Dkt. No. 28.

Dated: September 26, 2025          Respectfully submitted,

**MILLER SHAH LLP**

By: */s/ Nathan C. Zipperian*
Nathan C. Zipperian
Jayne A. Goldstein
2103 N. Commerce Parkway
Fort Lauderdale, Florida 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
nczipperian@millershah.com
jagoldstein@millershah.com

*Counsel for Hook Chok and Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman (Lead Counsel)
(*pro hac vice* application forthcoming)
J. Alexander Hood II

1

(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Hook Chok and Proposed
Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Hook Chok*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/Nathan C. Zipperian*
Nathan C. Zipperian

3