# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| MARIGLEN YSKOLLARI, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>LUMINAR TECHNOLOGIES, INC., AUSTIN RUSSELL, and TOM FENNIMORE,<br><br>Defendants. | **Case No. 6:25-cv-01384-CEM-NWH**<br><br>CLASS ACTION |

## SUPPLEMENTAL LOCAL RULE 3.01(g) CERTIFICATION TO THE MOTION OF DONG PAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

Lead Plaintiff Movant Dong Pan ("Pan") hereby respectfully supplements his Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Lead Plaintiff Motion") (Dkt. No. 24) by including his Local Rule 3.01(g) Certification to state that competing Lead Plaintiff Movant Hook Chok opposes the relief requested in Pan's Lead Plaintiff Motion.[1]

Dated: September 26, 2025        Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/Laurence M. Rosen
Laurence M. Rosen, Esq.,
Fla. Bar No. 0182877
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

**SCHALL LAW FIRM**
Brian Schall, Esq.
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Phone: (310) 301-3335
Fax: (877) 590-0483
Email: brian@schallfirm.com

*Additional Counsel for Plaintiff and Class*

---

[1] On September 25, 2025, Mateen Karimian filed a notice of withdrawal of his motion for appointment as lead plaintiff. Dkt. No. 28.

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Laurence M. Rosen
Laurence M. Rosen