# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

|  |  |
|---|---|
| MARIGLEN YSKOLLARI, *individually and on behalf of all others similarly situated*,<br><br>                                    Plaintiffs,<br><br>        vs.<br><br>LUMINAR TECHNOLOGIES, INC., AUSTIN RUSSELL, and TOM FENNIMORE,<br><br>                                    Defendants. | Case No. 6:25-cv-01384-CEM-NWH<br><br>**UNOPPOSED JOINT MOTION FOR SCHEDULE TO FILE AMENDED COMPLAINT AND MOVING OR OTHERWISE RESPONDING TO AMENDED COMPLAINT**<br><br>CLASS ACTION |

Co-Lead Plaintiffs Hook Chok and Dong Pan ("Plaintiffs") and Defendants Luminar Technologies, Inc., Austin Russell, and Tom Fennimore ("Defendants"), by and through their undersigned counsel of record, jointly submit this Unopposed Joint Motion For Schedule to File Amended Complaint and Moving or Otherwise Responding to Amended Complaint, and in support state as follows:

## I.    INTRODUCTION

WHEREAS, on July 23, 2025, plaintiff Mariglen Yskollari initiated this action by filing a putative class action asserting claims under the federal securities laws against Defendants (ECF No. 1);

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which provides for the appointment of a

lead plaintiff to oversee the prosecution of putative securities class actions such as this one;

WHEREAS, on September 24, 2025, this Court ordered that within fourteen days of the Court's entry of an order appointing a lead plaintiff, the Court-appointed lead plaintiff and Defendants shall submit a proposed schedule for the filing of any amended complaint and Defendants' responses thereto (ECF No. 27);

WHEREAS, by Order dated November 12, 2025, the Court: (i) appointed Hook Chok and Dong Pan as Co-Lead Plaintiffs, and (iii) appointed Pomerantz LLP and The Rosen Law Firm, P.A. as Co-Lead Counsel (ECF No. 40);

WHEREAS, Plaintiffs and Defendants have conferred and are in agreement on a schedule for the filing of Plaintiffs' Amended Complaint and for Defendants' response thereto, taking into account Plaintiffs' counsel's preexisting obligations and the occurrence of major holidays.

## II.    MEMORANDUM OF LAW

District courts have "inherent power not governed by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Castle v. Appalachian Tech. Coll.*, 430 Fed. App'x. 840, 841 (11th Cir. 2011) (per curiam) (internal quotation marks and citation omitted). As part of that discretion, the Court "retains the inherent authority to manage its own docket," *Wilson v. Farley*, 203 Fed. Appx. 239, 250 (11th Cir. 2006), and set deadlines as it deems appropriate.

The parties respectfully submit that the proposed schedule is reasonable and appropriate for a complex, putative securities class action of this nature.

III.    <u>CONCLUSION</u>

Plaintiffs and Defendants agree that:

A.    Plaintiffs shall file an Amended Complaint by January 26, 2026.

B.    Defendants' deadline to answer or otherwise respond to the Amended Complaint shall be March 27, 2026.

C.    In the event Defendants elect to move to dismiss the Amended Complaint, Plaintiffs' deadline for their opposition to Defendants' motion to dismiss shall be May 26, 2026, and Defendants' deadline for their reply shall be June 25, 2026.

D.    Nothing in this Stipulation shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court.

WHEREFORE, Parties respectfully request the Court enter an order granting the parties' proposed schedule.


Dated: November 18, 2025                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**                **GRAYROBINSON, P.A.**


*s/ Yu Shi*                                 *s/ John M. Brennan, Jr.*
_____                     _____
Yu Shi                                      John M. Brennan, Jr.
(admitted *pro hac vice*)                   (Fl. Bar No. 0098456)
Laurence M. Rosen                           301 E. Pine Street, Suite 1400
(Fla. Bar No. 0182877)                      Post Office Box 3068
275 Madison Ave, 40th Floor                 Orlando, FL 32802-3068
New York, NY 10016                          Tel: (407) 843-8880
Tel: (212) 686-1060

2

Fax: (212) 202-3827
yshi@rosenlegal.com
lrosen@rosenlegal.com

**POMERANTZ LLP**

s/ *Jonathan D. Park*
Jonathan D. Park
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: (212) 661-1100
Fax: (917) 463-1044
jpark@pomlaw.com

*Co-Lead Counsel for Co-Lead Plaintiffs and the Proposed Class*

Fax: (407) 244-5690
john.brennan@gray-robinson.com

– and –

**ORRICK, HERRINGTON & SUTCLIFE LLP**
James N. Kramer
(*Pro hac vice* forthcoming)
Alexander K. Talarides
(*Pro hac vice* forthcoming)
M. Todd Scott
(*Pro hac vice* forthcoming)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
jkramer@orrick.com
atalarides@orrick.com
tscott@orrick.com

*Attorneys for Defendants*

3

**CERTIFICATE OF COMPLIANCE**

In compliance with Rule 3.01(g) of the Local Rules of United States District Court, Middle District of Florida, counsel for Plaintiffs certifies that (1) that they have conferred with Defendants' counsel in a good faith effort to resolve the issues raised by this motion, and (2) the parties agree to the relief requested in the motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Yu Shi*
Yu Shi

4