UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARIGLEN YSKOLLARI,**

**Plaintiff,**

v.                                                    Case No: **6:25-cv-1384-CEM-NWH**

**LUMINAR TECHNOLOGIES,
INC., AUSTIN RUSSELL, and
TOM FENNIMORE,**

**Defendants.**

_____/

## ORDER

THIS CAUSE is before the Court on Defendant Luminar Technologies, Inc.'s Suggestion of Bankruptcy (Doc. 56). Pursuant to 11 U.S.C. § 362, this case is automatically stayed as to Luminar Technologies, Inc. However, it is unclear whether this litigation can continue as to the remaining Defendants given the intertwined nature of the claims. Accordingly, it is **ORDERED** that **on or before January 5, 2026,** Plaintiff shall advise the Court as to whether this case should also be stayed as to the individual Defendants.

**DONE** and **ORDERED** in Orlando, Florida on December 22, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record