UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |
|---|---|
| HOOK CHOK and DONG PAN, Individually and on Behalf of All Others Similarly Situated, <br><br>       Plaintiffs, <br><br>    v. <br><br> AUSTIN RUSSELL, and TOM FENNIMORE, <br><br>       Defendants. | Case No. 6: 6:25-cv-01384-CEM-NWH |

## MOTION FOR CLARIFICATION

WHEREAS, on February 25, 2026, the Parties[1] filed a joint motion ("Joint Motion") to extend page limits associated with Defendants' forthcoming motion to dismiss Plaintiffs' Amended Complaint and Plaintiffs' opposition thereto (ECF No. 64);

WHEREAS, the Joint Motion states that "Plaintiffs' opposition to Defendants' Motion to Dismiss will be due on May 26, 2026, and is extended to 25 pages." (ECF No. 64 at PageID 522);

WHEREAS, on February 26, 2026, the Court entered an endorsed order granting the Joint Motion, stating: "**ENDORSED ORDER granting [64] Joint Motion to Extend Page Limits for Motion to Dismiss Briefing. Defendants may file**

---

[1] The parties are Co-Lead Plaintiffs Hook Chok and Dong Pan ("Plaintiffs") and Defendants Austin Russell and Tom Fennimore ("Defendants").

1

**a Motion to Dismiss that does not exceed thirty pages. Plaintiffs may file a Response to Defendants' Motion to Dismiss that does not exceed twenty-five pages."** ("Order Granting Joint Motion").

WHEREAS, while the Order Granting Joint Motion expressly adopts the agreed-upon page limits, it does not expressly reference the agreed-upon May 26, 2026 deadline for Plaintiffs' opposition brief;

WHEREAS, Plaintiffs therefore respectfully seek clarification that the Court's Order grants the Joint Motion in its entirety, including the briefing schedule set forth therein.

I.      MEMORANDUM OF LAW

In complex securities fraud class actions such as this one, courts routinely approve extended briefing schedules for motions to dismiss. *See, e.g.*, *Johnson v. Luminar Technologies Inc.*, No. 6:23-cv-982-PGB-LHP (M.D. Fla.) (ECF No. 12) (adopting parties' proposed schedule providing 60 days for defendants to file a motion to dismiss and 60 days for plaintiffs to file an opposition).[2] The Parties here have agreed to a similar schedule, providing Defendants with 60 days following the filing of Plaintiffs' Amended Complaint to file their Motion to Dismiss, and Plaintiffs with 60 days to respond to Defendants' Motion.

The Parties' Joint Motion requested both modified page limits and a coordinated briefing schedule reflecting the complexity of the case. Accordingly, Plaintiffs

---

[2] Like this one, the *Johnson* case is also a putative securities class action related to Luminar Technologies Inc.

respectfully request clarification that the Court's Order Granting Joint Motion encompasses all relief requested in the Joint Motion, including the May 26, 2026 deadline for Plaintiffs' opposition.

II.    CONCLUSION

Plaintiffs respectfully request that the Court clarify that its February 26, 2026 Order granting the Joint Motion grants the motion in its entirety, including the May 26, 2026 deadline for Plaintiffs to file their opposition to Defendants' forthcoming Motion to Dismiss.

Dated: March 3, 2026                     /s/ *Yu Shi*
                                         LAURENCE M. ROSEN
                                         (Fla. Bar No. 0182877)
                                         YU SHI (*Pro Hac Vice*)
                                         **THE ROSEN LAW FIRM, P.A**
                                         275 Madison Avenue, 40th Floor
                                         New York, New York 10016
                                         Telephone: 212-686-1060
                                         Facsimile: 212-202-3827
                                         Email: lrosen@rosenlegal.com
                                                yshi@rosenlegal.com

                                              -   and   -

                                         JEREMY A. LIEBERMAN (*Pro Hac Vice*)
                                         J. ALEXANDER HOOD II (*Pro Hac Vice*)
                                         JONATHAN D. PARK (*Pro Hac Vice*)
                                         **POMERANTZ LLP**
                                         600 Third Avenue, 20th Floor
                                         New York, New York 10016
                                         Telephone: 212-661-1100
                                         Facsimile: 917-463-1044
                                         Email: jalieberman@pomlaw.com
                                                ahood@pomlaw.com
                                                jpark@pomlaw.com

                                         *Attorneys for Plaintiffs Hook Chok and Dong Pan*

## CERTIFICATE OF COMPLIANCE

In compliance with Rule 3.01(g) of the Local Rules of United States District Court, Middle District of Florida, counsel for Plaintiffs certify that: (1) that they have conferred with Defendants' counsel in good faith regarding the issue raised by this motion, and (2) Defendants' counsel do not oppose the relief sought herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

_/s/ Yu Shi_
YU SHI

4