UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| HOOK CHOK and DONG PAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN RUSSELL, and TOM FENNIMORE,<br><br>Defendants. | Case No. 6:25-cv-01384-CEM-NWH<br><br>**DECLARATION OF JOHN M. BRENNAN, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |

I, John M. Brennan, Jr., declare as follows:

1.      I am an attorney with the firm GrayRobinson, P.A., and I represent Defendants in this action. I have personal knowledge of the matters contained in this declaration and if called to testify on the matters set forth herein could do so competently.

2.      Attached hereto as Exhibit A is a true and correct copy of relevant portions of Luminar Technologies, Inc.'s ("Luminar") Form 10-K for 2023 filed with the Securities and Exchange Commission ("SEC") on February 28, 2024, which is incorporated by reference into Plaintiffs' consolidated amended complaint ("CAC") at ¶¶ 66, 108, 113, 115, and is otherwise subject to judicial notice as a document publicly filed with the SEC.

3.      Attached hereto as Exhibit B is a true and correct copy of relevant portions of Luminar's Form 10-Q for the second quarter of 2024 filed with the SEC on

1

August 8, 2024, which is incorporated by reference as a contemporaneous disclosure central to Plaintiffs' challenge of statements at CAC ¶¶ 31, 100, and is otherwise subject to judicial notice as a document publicly filed with the SEC.

4.     Attached hereto as Exhibit C is a true and correct copy of relevant portions of Luminar's Form 10-Q for the third quarter of 2024 filed with the SEC on November 18, 2024, which is incorporated by reference as a contemporaneous disclosure central to Plaintiffs' challenge of statements at CAC ¶¶ 36, 102, and is otherwise subject to judicial notice as a document publicly filed with the SEC.

5.     Attached hereto as Exhibit D is a true and correct copy of relevant portions of Luminar's Form 8-K filed with the SEC on March 20, 2025, which is incorporated by reference at CAC ¶ 104, and is otherwise subject to judicial notice as a document publicly filed with the SEC.

6.     Attached hereto as Exhibit E is a true and correct copy of relevant portions of Luminar's Form 8-K filed with the SEC on May 14, 2025, which is incorporated by reference at CAC ¶¶ 105, 117, and is otherwise subject to judicial notice as a document publicly filed with the SEC.

7.     Attached hereto as Exhibit F is a true and correct copy of relevant portions of Luminar's Form 8-K filed with the SEC on August 12, 2025, which is incorporated by reference at CAC ¶ 106, and is otherwise subject to judicial notice as a document publicly filed with the SEC.

8.     Attached hereto as Exhibit G is a true and correct copy of relevant portions of Luminar's Form 10-K for 2024 filed with the SEC on March 28, 2025,

which is incorporated by reference at CAC ¶¶ 68, 108, 113, 115, and is otherwise subject to judicial notice as a document publicly filed with the SEC.

9.      Attached hereto as Exhibit H is a true and correct copy of relevant portions of Luminar's Form 10-K for 2021 filed with the SEC on March 1, 2022, which is incorporated by reference at CAC ¶¶ 65, 108, and is otherwise subject to judicial notice as a document publicly filed with the SEC.

10.     Attached hereto as Exhibit I is a true and correct copy of relevant portions of Luminar's Definitive Proxy Statement for 2023 filed with the SEC on April 28, 2023, which is incorporated by reference at CAC ¶¶ 65, 108, 113, and is otherwise subject to judicial notice as a document publicly filed with the SEC.

11.     Attached hereto as Exhibit J is a true and correct copy of relevant portions of Luminar's Definitive Proxy Statement for 2024 filed with the SEC on April 25, 2024, which is incorporated by reference at CAC ¶¶ 66-67, 108, 113, and is otherwise subject to judicial notice as a document publicly filed with the SEC.

12.     Attached hereto as Exhibit K is a true and correct copy of relevant portions of Luminar's Definitive Proxy Statement for 2025 filed with the SEC on June 6, 2025, which is incorporated by reference as a disclosure central to Plaintiffs' challenge of statements at CAC ¶¶ 68, 108, and is otherwise subject to judicial notice as a document publicly filed with the SEC.

13.     Attached hereto as Exhibit L is a true and correct copy of Luminar's Code of Business Conduct and Ethics, which is incorporated by reference at CAC ¶¶ 52-60.

3

I declare under the penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Dated: March 27, 2026                                  /s/ John M. Brennan, Jr.

                                                       JOHN M. BRENNAN, JR.

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/John M. Brennan, Jr.*
JOHN M. BRENNAN, JR.

5